UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHARON HOPKINS,

                Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY,

                Defendant.

Case No.: 03:16-cv-00255 JST

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR (*please identify process and provider*) _____

_____

The parties agree to hold the ADR session by:
    ☒    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐    other requested deadline _____

Dated: April 12, 2016                              /s/ Paul Randall Noah
                                                      Attorney for Plaintiff

Dated: April 12, 2016                              /s/ Linda B. Oliver
                                                      Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: April 15, 2016

_____
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to this action. My business address is 600 Montgomery Street, Suite 2600, San Francisco, CA 94111. On March 24, 2016, I served a copy of the following documents:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

[x]   BY CM/ECF ELECTRONIC SERVICE: The following are registered CM/ECF users with the Court, and have consented to service through the Court's automatic transmission of a notice of electronic filing.

PAUL RANDALL NOAH
pnoah@ix.netcom.com
LAW OFFICES OF P. RANDALL NOAH
21 Orinda Way, Suite C, #316
Orinda, CA  94563
Telephone: (925) 253-5540
Facsimile: (925) 253-5542

Attorney for Plaintiff
SHARON HOPKINS

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 12, 2016, at San Francisco, California.

_____
Mila Dunn