UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARON HOPKINS,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

Case No. 16-cv-00255-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
| --- | --- |
| Deadline to add parties or amend the pleadings | April 27, 2016 |
| Fact discovery cut-off | December 15, 2016 |
| Opening briefs, Rule 52 motions | January 19, 2017 |
| Opposition briefs, Rule 52 motions | February 2, 2017 |
| Reply briefs, Rule 52 motions | February 9, 2017 |
| Rule 52 motion hearing | March 2, 2017 |

The March 2, 2017 hearing will provide the opportunity for counsel to make argument on the pending motions. The Court will allocate time for argument based on the issues raised by the parties' motions and the other matters pending on its hearing calendar. The proceeding will not be a trial. If the parties require an evidentiary proceeding, they must request one at least 14 days

1  before the scheduled motion hearing.  The Court will then vacate the motion hearing and set the
2  matter for an evidentiary hearing on a different date.
3        Counsel may not modify these dates without leave of court.  The parties shall comply with
4  the Court's standing orders, which are available at cand.uscourts.gov/jstorders.
5        The April 20, 2016 Case Management Conference is VACATED.
6        IT IS SO ORDERED.
7  Dated:  April 19, 2016

                                                  JON S. TIGAR
                                    United States District Judge