UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HOPKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.  16-cv-00255-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 23 |

    A Certification of ADR Session was filed on June 29, 2016 in this case indicating that the case had settled.  See ECF No. 23.  Accordingly, all deadlines and hearings in this case are vacated.  By August 18, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

    The Court also hereby sets a case management conference on August 31, 2016, which will be automatically vacated if the stipulation of dismissal is timely filed.

    Any continuance of the deadline set in this Order requires a showing of good cause.  Failure to comply with that deadline may result in sanctions.

    **IT IS SO ORDERED**.

Dated: July 7, 2016

_____
JON S. TIGAR
United States District Judge